RECEIVED
JUL 2 4 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHOENIX EXPLORATION | CIVIL ACTION NO. 6:17-cv-310 |
| VERSUS | JUDGE DOHERTY |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY AND AIG, CLAIMS, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [rec. doc. 10] is **GRANTED**, consistent with the report and recommendation.

Lafayette, Louisiana, this 24 day of July, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE